UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MATTHEW BROWN,

                    Plaintiff,

      -against-

PROVE IDENTITY, INC.
and RODGER DESAI,

                    Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/3/2023
```

22 Civ. 9315 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On November 9, 2022, the Court ordered the parties to file a proposed case management plan and joint letter by December 30, 2022. ECF No. 7. Those submissions are now overdue. Accordingly, by **January 9, 2023**, the parties shall file a proposed case management plan and joint letter.

    SO ORDERED.

Dated: January 3, 2023
       New York, New York

                                            ANALISA TORRES
                                       United States District Judge