UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___1/10/2023___
```

MATTHEW BROWN,

                              Plaintiff,

        -against-                                    22 Civ. 9315 (AT)

PROVE IDENTITY, INC.                                 **ORDER**
and RODGER DESAI,

                              Defendants.

ANALISA TORRES, District Judge:

        On November 9, 2022, the Court ordered the parties to file a proposed case management plan
and joint letter. ECF No. 7. On January 3, 2023, the Court extended the parties' deadline for these
submissions to January 9, 2023. ECF No. 12. On January 6, 2023, the parties filed a proposed case
management plan. ECF No. 13. However, the parties' joint letter submission is overdue.
Accordingly, by **January 17, 2023**, the parties shall file their joint letter.

        SO ORDERED.

Dated: January 10, 2023
        New York, New York

                                        _____
                                        ANALISA TORRES
                                        United States District Judge