USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/31/2023_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MATTHEW BROWN,

          Plaintiff,

-against-

PROVE IDENTITY, INC.
and RODGER DESAI,

          Defendants.

22 Civ. 9315 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' letter dated January 30, 2023. ECF No. 22. The parties state that they "have agreed to engage in non-binding mediation at the conclusion of fact discovery." *Id.* By **February 3, 2023**, the parties shall confirm whether their proposal involves the "retention of a privately retained mediator" as contemplated in the case management plan, or whether the parties agree to participate in the District's Mediation Program. ECF No. 21 ¶ 10(b).

    SO ORDERED.

Dated: January 31, 2023
       New York, New York

                                              ANALISA TORRES
                                      United States District Judge