UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Matthew Brown<br><br>                    Plaintiff(s),<br><br>     -against-<br><br>Prove Identity, Inc.<br><br>                    Defendant(s). | 22 -CV- 09315 (AT) (RFT)<br><br>**TELEPHONE CONFERENCE ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

This action is scheduled for a Telephone Conference on **Friday, December 22, 2023 at 12:00 PM**, to address the issues raised in the parties' letter dated 12/14/2023 (ECF 46). Counsel are directed to join the conference via Microsoft Teams at the scheduled time.  **Please dial (646) 453-4442, Access Code: 809 159 772#.**

If counsel are not available at this date and time, please jointly confer and email within 48 hours of the docketing of this order, four dates they are available before December 29, 2023 to TarnofskyNYSDChambers@nysd.uscourts.gov.

DATED:  December 19, 2023
             New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge