UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MATTHEW BROWN,

                Plaintiff,

-against-

PROVE IDENTITY, INC.
and RODGER DESAI,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _01/03/2024_

22 Civ. 9315 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The case management conference scheduled for January 30, 2024, is ADJOURNED to **April 9, 2024**, at **10:00 a.m.**

    SO ORDERED.

Dated: January 3, 2024
        New York, New York

_(signed)_
ANALISA TORRES
United States District Judge