**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MATTHEW BROWN,

                  Plaintiff,
     -against-                                    22 **CIVIL** 9315 (AT)

                                                        **JUDGMENT**

PROVE IDENTITY, INC, and RODGER DESAI,

                  Defendants.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 20, 2024, Defendants' motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
        March 20, 2024

                                                  **RUBY J. KRAJICK**
                                                  _____
                                                  **Clerk of Court**
                        **BY:**             K. Mango
                                                  _____
                                                  **Deputy Clerk**